IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD OLIVER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | NO. C08-4914 TEH<br><br><u>ORDER RE: PLAINTIFFS'<br>REQUEST FOR INJUNCTIVE<br>RELIEF</u> |
| HAROLD JACKSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | NO. C08-4984 TEH |

At the September 21, 2009 case management conference, Plaintiffs requested the Court to order Defendants to revise their policies regarding informants. The Court will not enter an order for injunctive relief without briefing by both parties, but it will carefully consider any such request upon a formal motion brought at an appropriate stage of these proceedings.

**IT IS SO ORDERED.**

Dated: 09/23/09

　　　　　　　　　　　　　　　　　　　　　　　　
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT