NICOLE HODGE (SBN 215157)
PO Box 5100
Oakland, California  94605
(510) 569-3666
hodgend@aol.com

Attorney for Plaintiffs
HAROLD JACKSON AND VEODIES WORKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JACKSON, et al., | CASE NO: C08-4984 TEH |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **The Hon. Thelton E. Henderson** |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs voluntarily dismisses, with prejudice, the above-captioned action against CITY OF OAKLAND; KARLA RUSH or DOE 1; as an individual and in her official capacity, ALAN LEAL OR DOE 2 as an individual and in his official capacity and DOES 3-100.

Plaintiffs Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) JACKSON V. CITY OF OAKLAND, CASE NO. C08-04984 TEH

1

Dated: September 15, 2010

_____
Nicole Hodge
Attorney for Jackson, et al. Plaintiff



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
09/16/10

Plaintiffs Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) JACKSON V. CITY OF OAKLAND, CASE NO. C08-04984 TEH

2